UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dale Gericke                                                                                           Docket No. 7:15-CR-48-FL

**Petition for Action on Probation**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dale Gericke, who, upon an earlier plea of guilty to 18 U.S.C. § 472, Possession of Counterfeit United States Obligations, was sentenced by the Honorable Thomas M. Rose, United States District Court Judge for the Southern District of Ohio, on July 16, 2014, to 60 months probation under the conditions adopted by the court. On April 30, 2015, probation was modified after the defendant tested positive for cocaine by adding the following condition:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Following the modification of probation, jurisdiction was transferred to the Eastern District of North Carolina on May 26, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 16, 2016, the defendant submitted urine testing and result of the test was positive for cocaine. He admitted using cocaine prior to the test date. This is the second incident involving use of cocaine during the period of supervision. He has been referred to our outpatient substance abuse treatment provider for testing and treatment. As a sanction for his repeated violation conduct, it is recommended the defendant be placed in the DROPS Program in response to illegal drug use and serve two days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin Drops in the Second Use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Dale Gericke
Docket No. 7:15-CR-48-1R
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: June 1, 2016 |

### ORDER OF THE COURT

Considered and ordered this   1st   day of   June  , 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
United States District Court Judge